FILED'08 MAY 01 09:18USDC-ORM

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| TIMOTHY A. MUDGETT, | ) | Civil No. 07-55-CL |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**PANNER, Judge.**

Judgment is for Plaintiff. The decision of the Commissioner is reversed. The matter is remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for the calculation and award of benefits.

DATED this 1st day of May, 2008.

*/s/ Owen M. Panner*
Owen M. Panner
United States District Judge

1 - JUDGMENT