FILED'08 MAY 19 11:37 USDC-ORM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

TIMOTHY A. MUDGETT,

      Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

CV# 07-485-CL

ORDER FOR STIPULATED
FEES, COSTS AND EXPENSES
PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3414.44 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $15.20 in costs and $16.07 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue checks payable to Plaintiff's attorneys.

DATED this 19 day of _April_, 2008.

United States Magistrate Judge

Presented by:
James S. Coon
Swanson, Thomas & Coon
Of Attorneys for Plaintiff