FILED'08 AUG 29 14:11USDC-ORM

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

TIMOTHY A. MUDGETT,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

CV# 07-485-CL

ORDER GRANTING
ATTORNEY FEES UNDER
42 U.S.C. § 406(b)

Attorney fees in the amount of $8779.75 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Previously, this court awarded Plaintiff attorney fees in the amount of $3414.44 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the amount previously awarded under the EAJA and send Plaintiff's attorney the balance of $5365.31., minus any applicable processing fees as allowed by statute.

Dated this 29 day of _Aug_____, 2008.

_____
U.S. Magistrate Judge

Presented by:
James S. Coon
Swanson, Thomas & Coon

ORDER  GRANTING ATTORNEY FEES – 1